# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JESUS ARROYO S.A.C.I.A.,** a foreign corporation domiciled in the Republic of Argentina, **TOP MEAT, S.A.,** a foreign corporation domiciled in the Republic of Argentina, **COMERCIALIZADORA de PRODUCTOS AGROINDUSTRIALES, S.A.,** a foreign corporation domiciled in the Republic of Argentina, **CIA. MANTOVANA de EXPORTACION, S.A.,** a foreign corporation domiciled in the Republic or Uruguay, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| **Plaintiffs;** | ) ) |
| v. | ) )  **CIVIL ACTION NO.: 07-00520-CG-M** |
| **M/V VASILIY POLESHCHUK,** *in rem,* **EUPHRATES CO., LTD,** a foreign corporation, and **SEA BROTHERHOOD SHIPPING, LTD.,** a foreign corporation, | ) ) ) ) ) ) ) ) |
| **Defendants.** | ) |

## ORDER FOR RELEASE OF VESSEL

This matter is before the court on the Joint Motion of JESUS ARROYO S.A.C.I.A.; TOP MEAT, S.A., COMERCIALIZADORA de PRODUCTOS AGROINDUSTRIALES, S.A.; and CIA. MANTOVANA de EXPORTACION, S.A., Plaintiffs herein, and EUPHRATES CO., LTD., as

owner of the vessel M/V VASILIY POLESHCHUK (the "Vessel") under arrest in this action, for release of the Vessel. Having considered the motion, and finding that said motion is due to be **GRANTED**, effective immediately, the order of arrest of the Vessel is hereby recalled and rescinded and a Writ of Discharge is to be immediately issued and to be served by United States Marshal upon any substitute custodian appointed by the Court and the Vessel.

    **DONE** and **ORDERED** this 27th day of July, 2007.

                                            /s/ Callie V. S. Granade
                                            CHIEF UNITED STATES DISTRICT JUDGE