### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JESUS ARROYO S.A.C.I.A.,**<br>**a foreign corporation domiciled**<br>**in the Republic of Argentina,**<br>**TOP MEAT, S.A., a foreign**<br>**corporation domiciled in the**<br>**Republic of Argentina,**<br>**COMERCIALIZADORA de**<br>**PRODUCTOS**<br>**AGROINDUSTRIALES, S.A.,**<br>**a foreign corporation domiciled**<br>**in the Republic of  Argentina,**<br>**CIA. MANTOVANA de**<br>**EXPORTACION, S.A., a foreign**<br>**corporation domiciled in**<br>**the Republic or Uruguay,**<br><br>     **Plaintiffs;**<br><br>**v.**<br><br>**M/V VASILIY POLESHCHUK,**<br>*in rem,* **EUPHRATES CO., LTD,**<br>**a foreign corporation,**<br>**and SEA BROTHERHOOD**<br>**SHIPPING, LTD., a foreign**<br>**corporation,**<br><br>     **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **CIVIL ACTION NO.:  07-00520-CG-M**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER FOR RELEASE OF VESSEL

This matter is before the court on the Joint Motion of JESUS ARROYO S.A.C.I.A.; TOP

MEAT, S.A., COMERCIALIZADORA de PRODUCTOS AGROINDUSTRIALES, S.A.; and

CIA. MANTOVANA de EXPORTACION, S.A., Plaintiffs herein, and EUPHRATES CO.,

LTD., as

owner of the vessel M/V VASILIY POLESHCHUK (the "Vessel") under arrest in this action, for release of the Vessel.  Having considered the motion, and finding that said motion is due to be **GRANTED**, effective immediately, the order of arrest of the Vessel is hereby recalled and rescinded and a Writ of Discharge is to be immediately issued and to be served by United States Marshal upon any substitute custodian appointed by the Court and the Vessel.

  **DONE** and **ORDERED** this 27th day of July, 2007.

       /s/ Callie V. S. Granade
       CHIEF UNITED STATES DISTRICT JUDGE