IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JESUS ARROYO S.A.C.I.A., et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 07-0520-CG-M |
| | ) |
| **M/V VASILIY POLESHCHUK, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

This matter is before the court on the defendants' motion for cancellation of cash bond, vacation of arrest, and release of cash posted as security under bond (Doc. 43).

Having received no response from the plaintiffs to the court's order of February 27, 2008 (Doc. 40), the defendant's motion is hereby **GRANTED**. Therefore, the order of arrest and for writs of foreign attachment (Doc. 4) is hereby **VACATED**, the cash bond is hereby **CANCELLED**, and the clerk of court is directed to disburse the cash bond in the amount of $390,000.00 to counsel for the defendants Euphrates Co., Ltd and Sea Brotherhood Shipping, Ltd.[1]

It appearing that the plaintiffs have abandoned their claims, this action is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 25th day of March, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The check is to be made payable to Vickers, Riis, Murray and Curran, L.L.C., and mailed to P.O. Drawer 2568, Mobile, Alabama 36652.